4874-5682-9013/643-0217

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ISAAC JUNIOR LOUINE and                                   :
SHERLEY LAUDEUS JEAN FRANCOIS,
                                                          :
                                    Plaintiffs,    **NOTICE OF REMOVAL**
                                                          :
            –against–
                                                          :
ROBBIE O'BRIAN HARRIS JR. and
KENNETH RANTZ,                                            :

                                    Defendants.:
------------------------------------------------------------------------X

Defendants Robbie O'Brian Harris, Jr. (Harris) and Kenneth Rantz (Rantz), state as follows for their notice of removal from New York Supreme Court, Kings County.

### Proceedings In The Action

1. On or about November 15, 2022, plaintiffs Isaac Junior Louine (Louine) and Sherley Laudeus Jean Francois (Francois) filed a complaint in a civil action for money damages for personal injuries arising from a motor vehicle accident, in the Supreme Court of the State of New York, Kings County, against Harris and Rantz, under index number 533348/2022 (the State Court Action). Complaint, Exhibit A.

2. Harris and Rantz were served with the summons and complaint by service upon the New York Secretary of State on November 23, 2022.

3. Harris and Rantz filed their answer in the State Court Action on January 27, 2023. Exhibit B. No other pleadings, process or orders were served in the State Court Action.

**Citizenship Of The Parties**

4. At the commencement of the State Court Action and at the filing of this notice of removal, Louine was, and he remains, a citizen of New York, residing at 819 E 22nd Street, Apt. 2F, Brooklyn, New York, in Kings County.

5. At the commencement of the State Court Action and at the filing of this notice of removal, Francois was, and she remains, a citizen of New York, residing at 2717 Glenwood Road, Apt. #1, Brooklyn, New York, in Kings County.

6. At the commencement of the State Court Action and at the filing of this notice of removal, Harris was, and he remains, a citizen of Virginia, residing at 27460 Gargatha Landing Road, Parksley, Virginia, in Accomack County.

7. At the commencement of the State Court Action and at the filing of the this notice of removal, Rantz was, and remains, a citizen of Maryland, residing at 1718 Dun Swamp Road, Pocomoke City, Maryland, in Worcester County.

8. The citizenship of the parties is completely diverse, and no defendant is a citizen of New York. 28 U.S.C. § 1441(b)(1).

**Removal**

9. The State Court Action was not removable when it was filed because, notwithstanding the complete diversity of the parties, the complaint did not state a demand for damages in excess of $75,000. 28 U.S.C. § 1446(b)(3).

10. On February 28, 2023, plaintiffs's lawyers issued a written demand for $4,000,000, Exhibit C, from which defendants first ascertained that the case is one which is removable, pursuant to 28 U.S.C. § 1446(b)(3). This notice of removal is, accordingly, timely.

11. The State Court Action is removed to this Court. 28 U.S.C. § 1332(a); § 1441(a)-(b); § 1446(a)-(c).

> LESTER SCHWAB KATZ & DWYER, LLP
> 100 Wall Street
> New York, NY 10005
> 212 964-6611
> Attorneys for Defendants ROBBIE O'BRIAN HARRIS JR. and KENNETH RANTZ
>
> S/ *Jeffrey A. Payne*            3/10/2023
> _____
> Jeffrey A. Payne            Date